# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 31, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack,
Justices

145646(70)

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellant,

v

                            SC:  145646
                            COA:  301546

JEFFERY ALAN DOUGLAS,
       Defendant-Appellee.

Lenawee CC:  09-014365-FC

_____

On order of the Chief Justice, the motion by plaintiff-appellant for extension to January 11, 2013 of the time for filing their brief is considered and it is granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2013

_____
Clerk